IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| GANESS & VENA MAHARAJ | ) | Case No. 09-15777-SSM |
| | ) | Chapter 11 |
| Debtors | ) | |
| | ) | |
| | ) | |

### STATEMENT REGARDING SOLICITATION AND BALLOTS

Ann E. Schmitt, counsel for the Debtors, state as follows:

1. In accordance with this Court's January 18, 2011 Order Approving Disclosure Statement, Setting Deadlines and Scheduling Confirmation Hearing ("Order") on January 25, 2011, I sent to the debtor, all creditors the debtor and the United States Trustee, a copy of the Order and the solicitation package attached hereto as Exhibit A. Each package also contained a ballot, and in one case two ballots, which identified the creditor or interest holder by its class. A form ballot is included in Exhibit A.

2. The Order set March 4, 2011 as the last date for filing written acceptances or rejections of the Plan, and March 11, 2011 as the last date for filing any objections to confirmation.[1]

---

Ann E. Schmitt, VSB # 22030
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, VA 20175
703-737-6377 (telephone)
703-737-6370 (facsimile)
aschmitt@culbert-schmitt.com

---

[1] The original notice incorrectly set March 4, 2011 as the last day for filing objections to confirmation. An amended notice was mailed to all creditors on February 15, 2011.

1

3. The following ballots were received

| Creditor | Class | Amount of Claim | Acceptance/Rejection |
|---|---|---|---|
| Access National Bank | 1 | $3,500,000 | Accepts |
| Discover Bank | 3 | $10,847.49 | Rejects |
| Access National | 6 | $430,000 | Accepts |

4. Holders of claims in each of the above classes are entitled to vote to accept or reject the Plan.

5. Based on the above ballots, classes 1 and 6 have accepted the Plan and class 3 has rejected the plan.

6. Debtors seek confirmation pursuant to 11 U.S.C. section 1129(b).

*/s/ Ann E. Schmitt*
Ann E. Schmitt, VBN 22030
Culbert & Schmitt, PLLC
30A Catoctin Circle, SE
Leesburg, VA 20175
703-737-6777
aschmitt@culbert-schmitt.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic mail, this 15th day of March 2011 on United States Trustee, 115 South Union Street, Alexandria, VA 22314.

/s/ Ann E. Schmitt