FILED: July 20, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

FILED
2011 JUL 20 P 3: 02

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

No. 11-217

(09-15777-SSM)

In re: GANESS MAHARAJ; VENA MAHARAJ

Debtors

------------------------------------

GANESS MAHARAJ; VENA MAHARAJ

Petitioners

O R D E R

Upon consideration of submissions relative to the petition for permission to appeal, the court grants the petition. This case is transferred to the regular docket and assigned docket number 11-1747. The record shall be retained in the court below unless requested by this court.

A copy of this order shall be sent to the clerk of the bankruptcy court.

The clerk is directed to assign amicus counsel to file a brief in response to petitioners' brief.

For the Court

/s/ Patricia S. Connor, Clerk

Case 09-15777-BFK   Doc 164   Filed 07/20/11   Entered 07/21/11 09:24:23   Desc Main
Document    Page 2 of 2